Clayeo C. Arnold, SBN 65070
carnold@justice4you.com
Anthony M. Ontiveros, SBN 152758
aontiveros@justice4you.com
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone:    (916) 777-7777
Facsimile:    (916) 924-1829

Attorneys for Plaintiffs,
GARY CALLAHAN AND SALLY CALLAHAN IN THEIR CAPACITY AS TRUSTEES FOR THE CALLAHAN 2008 REVOCABLE TRUST

CONTE C. CICALA, State Bar No. 173554
conte.cicala@clydeco.us
GLENANNE KENNEDY, State Bar No. 273241
glenanne.kennedy@clydeco.us
**CLYDE & CO US LLP**
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:    (415) 365-9800
Facsimile:    (415) 365-9801

Attorneys for Defendant,
MARKEL AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CALLAHAN AND SALLY CALLAHAN IN THEIR CAPACITY AS TRUSTEES FOR THE CALLAHAN 2008 REVOCABLE TRUST,<br><br>　　　　Plaintiffs,<br>vs.<br><br>MARKEL AMERICAN INSURANCE COMPANY,<br><br>　　　　Defendant(s). | Case No.: 2:20-cv-00703-TLN-DB<br><br>**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER**<br><br>**JUDGE:**　　**TROY L. NUNLEY**<br>**LOCATION:** EASTERN DIST. COURT<br>　　　　　501 I STREET<br>　　　　　COURTROOM 2<br>　　　　　SACRAMENTO, CA |

**TO THE HONORABLE COURT:**

　　　　Counsel representing plaintiffs Gary Callahan and Sally Callahan in their capacity as

Trustees for the Callahan 2008 Revocable Trust ("Plaintiffs") and counsel representing defendant Markel American Insurance Company ("Defendant") hereby enter into the following stipulation jointly asking this Court to amend its Initial Pretrial Scheduling Order.

The timing of this case, through a pandemic where courts were closed and travel and in-person meetings were prohibited, has placed all parties in an atypical position where the discovery deadlines provided by the Court were untenable. At this time, the case is not ready for trial. The parties have attempted to determine what needs to be completed prior to trial readiness and in connection therewith have agreed on a revised case management schedule which they respectfully submit and request consideration by the Court. Based thereon, the parties therefore propose the following stipulated amendments/additions to the Court's Initial Pretrial Scheduling Order:

August 20, 2021 – Parties to complete "meet and confer" efforts regarding potential settlement outside mediation and to schedule mediation.

December 9, 2021 – Fact discovery cutoff and supplemental expert disclosure deadline.

January 7, 2022 – Last day to mediate and expert discovery cutoff.

January 14, 2022 – Parties to submit trial readiness statement and last day to file dispositive motions.

Respectfully submitted,

Dated: August 10, 2021

CLAYEO C. ARNOLD
A Professional Law Corporation

By: __/s/ Anthony M. Ontiveros_____

Anthony M. Ontiveros
Attorney for Plaintiffs

Dated: August 10, 2021

CLYDE & CO US LLP

By: _/s/ Conte C. Cicala_____

Conte Cicala
Attorneys for Defendant MARKEL AMERICAN INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: August 16, 2021

Troy L. Nunley
United States District Judge